In the Matter of the Claim of LENORE BAUM, Respondent, v. B. & B. AUTO WORKS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.